GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
Telephone: 973-509-7500
Attorneys for Plaintiff, Hanover Insurance Company
Our File No. 450.17737/FXG

U. S. DISTRICT COURT - DE
MISC. CASE # 05-230

FILED
NOV -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| HANOVER INSURANCE COMPANY, | UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| | Civil Action No.: 05-1591(JWB) |
| vs. | |
| | Civil Action |
| CANAL INSURANCE COMPANY | |
| | NOTICE TO TAKE ORAL |
| Defendant. | DEPOSITIONS |

TO: Michael Farrell, Esq.
    Segal, McCambridge, Singer & Mahoney, Ltd.
    Princeton Metro Center
    5 Vaughn Drive, Suite 115
    Princeton, NJ 08540
    Attorneys for Defendant, Canal Insurance Company

SIRS:

PLEASE TAKE NOTICE that in accordance with the Federal Rules of Civil Procedure, testimony will be taken by deposition upon oral examination before a person authorized by the laws of the State of Delaware to administer oaths on November 29, 2005 at 11:00 a.m. at the office of Swartz Campbell, 919 Market Street, Wilmington, Delaware, with respect to all matters relevant to the subject matter involved in this action, at which time and place the testimony of the following persons will be taken:

SHERMAN DUNN
LEBERTHA DUNN
ERIC BOLLMAN

They are to bring with them the following documents:

1. Any and all registrations, title certificates, evidence of ownership or other documents regarding the ownership of the tractor which had been operated by Sherman Dunn which was at the premises of NC Enterprises, Millville, New Jersey at the time of Sherman Dunn's accident of October 17, 2003.

2. Any and all registrations, title certificates, evidence of ownership or other documents regarding the ownership of the trailer which had been operated by Sherman Dunn which was at the premises of NC Enterprises, Millville, New Jersey at the time of Sherman Dunn's accident of October 17, 2003.

3. Any and all registrations, title certificates or other evidences of ownership, as of October 17, 2003, of 1993 International tractor VIN number 1HSRK5R2PH474937.

4. Any and all registrations, title certificates or other evidences of ownership, as of October 17, 2003, of 1994 Peterbilt tractor VIN number 1XPFD59X4RN344280.

5. Any and all registrations, title certificates or other evidences of ownership, as of October 17, 2003, of 200 Freightliner tractor VIN number 1FUPFDZB1YLF05754.

6. Any and all registrations, title certificates or other evidences of ownership, as of October 17, 2003, of 1993 Freightliner tractor Vin number 2FUYDXYB4PA416131.

7. Any trip leases pursuant to which Sherman Dunn was to operate motor vehicles for Christiana Motor Freight, which were in effect on October 17, 2003.

8. Any and all documents terminating any trip leases pursuant to which Sherman Dunn was to operate motor vehicles for Christiana Motor Freight subsequent to October 17, 2003.

9. Any and all 1099 forms furnished to Sherman Dunn by Christiana Motor Freight for the years 2000, 2001, 2002, 2003 and 2004.

10. Any W-2 forms furnished by Christiana Motor Freight to Sherman Dunn for the years 2000, 2001, 2002, 2003 and 2004.

11. Any and all tax returns for Sherman Dunn for the years 2000, 2001, 2002, 2003 and 2004.

12. Any and all registrations, title certificates, other evidence of ownership or other documents relating to the ownership of all vehicles insured under any polices of automobile insurance, truckers insurance or other insurance issued by Canal Insurance Company to Christian Motor Freight, which policies were in effect on October 17, 2003.

13. Any and all policies of automobile liability insurance, truckers insurance, or any other motor vehicle insurance issued by Canal Insurance Company to Christiana Motor Freight, which policies were in effect on October 17, 2003.

14. Any and all documents setting forth and/or relating to the license plate number for the tractor which had been operated by Sherman Dunn and which was at the premises of NCS Enterprises, Millville, New Jersey on October 17, 2003.

15. Any and all documents reflecting or relating to the license plate number of the trailer attached to the tractor which had been operated by Mr. Dunn and which was being unloaded at the premises of NCS Enterprises in Millville, New Jersey on October 17, 2003.

16. Any and all documents reflecting or relating to the license plate number of International tractor VIN number 1HSRK5R2PH474937, Peterbilt tractor VIN number 1XPFD59X4RN344280, Freightliner tractor VIN number 1FUPFDZB1YLF05754, Freightliner tractor Vin number 2FUYDXYB4PA416131.

17. Any and all documents relating to the license plate number of all tractors insured under all policies of automobile insurance, truckers insurance or other motor vehicle insurance issued by Canal Insurance Company which policies were in effect on October 17, 2003.

18. Any and all documents indicating the I.C.C. number of Christiana Motor Freight, Inc. on October 17, 2003.

19. Any and all documents indicating whether Christiana Motor Freight's name, I.C.C. number and/or decal were on the tractor being used by Sherman Dunn on October 17, 2003 at the premises of NCS Enterprises, Millville, NJ.

20. Any and all documents setting forth the exact I.C.C. number, name of Christiana Motor Freight, or other information which was on the tractor being used by Sherman Dunn on October 17, 2003 at the premises of NCS Enterprises, Millville, NJ at the time of Mr. Dunn's accident, including, but not limited to, whether Christiana Motor Freight's name, I.C.C. number and/or other information was on said tractor.

GARRITY, GRAHAM, FAVETTA & FLINN
Attorneys for Plaintiff,, Hanover Insurance Company

BY: _____
FRANK R. CINQUINA

Dated: November 7, 2005

M:\Data\CLI\450\177\37\notice to take deps.wpd

4