## GARRITY, GRAHAM, FAVETTA & FLINN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

Frank R. Cinquina, Esq.
*NJ Bar*
Principal

Phone Ext. 207
E-Mail: frc@garritygraham.com

ONE LACKAWANNA PLAZA, PO BOX 4205

MONTCLAIR, NJ 07042-8205

(973) 509-7500

FAX (973) 509-0414

New York Office

PMB 46015
140 BROADWAY
46TH FLOOR
NEW YORK, NY 10005
(212) 858-7716

November 7, 2005

U. S. DISTRICT COURT - DE
MISC. CASE # 05-230

VIA FEDERAL EXPRESS
Clerk
United States District Court
District of Delaware
844 King Street
Lock Box 18
Wilmington, Delaware 19801

Re:   Hanover Insurance Company  v. Canal Insurance Company
      Docket No.   :      No. 05-1591(JWB)
      Our File No.  :      450.17737/FXG

Dear Sir/Madam:

Enclosed herewith please find, an original and two copies each of subpoenas, directed to Sherman Dunn, Lebertha Dunn and Eric Bollman, together with three copies of a Notice to Take Oral Depositions. Kindly file the originals and return the extra copies to my office, marked filed, in the return enclosed envelope.

We have commenced suit on behalf of Hanover Insurance Company v. Canal Insurance Company, in the United States District Court for the District of New Jersey but, must take depositions of witnesses who reside in Delaware and who must be subpoenaed. It is for this reason that I am forwarding to you these documents. Kindly open a file under a miscellaneous case number and place that case number on the docket before returning them to me.

I am also enclosing herewith our check in the amount of $39.00 payable to the Order of Clerk, U.S. District Court, District of Delaware.

Clerk
United States District Court
District of Delaware
November 7, 2005
Page 2

As these subpoenas must be served well prior to November 29, 2005, I am requesting that you kindly return these documents to me at your earliest convenience. If there is any further information or documentation you may need, I would greatly appreciate your advising me.

Respectfully yours,

FRANK R. CINQUINA

FRC:br
Enclosures
cc: Michael Farrell, Esq.