# GARRITY, GRAHAM, FAVETTA & FLINN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

Frank R. Cinquina, Esq.
*NJ Bar*
Principal

Phone Ext. 207
E-Mail: frc@garritygraham.com

ONE LACKAWANNA PLAZA, PO BOX 4205
MONTCLAIR, NJ 07042-8205
(973) 509-7500
FAX (973) 509-0414

New York Office
───────
PMB 46015
140 BROADWAY
46TH FLOOR
NEW YORK, NY 10005
(212) 858-7716

November 10, 2005



VIA FEDERAL EXPRESS
Clerk
United States District Court
District of Delaware
844 King Street
Lock Box 18
Wilmington, Delaware 19801

Re:   Hanover Insurance Company v. Canal Insurance Company
Docket No.  :   No. 05-1591(JWB) (U.S. District Court - New Jersey)
Our File No. :   450.17737/FXG
Miscellaneous Case No. 05-230
(U.S. District Court - Delaware)

Dear Sir/Madam:

We had recently sent to you, to open up a miscellaneous case file in Hanover Insurance Company v. Canal Insurance Company, three subpoenas, directed to Lebertha Dunn, Sherman Dunn and Eric Bollman for depositions to be taken at the Law Offices of Swartz Campbell in Wilmington, Delaware. Coincidently, I spoke with an attorney with the Swartz Campbell firm, after sending you the subpoenas, and he advised me that, unbeknownst to me, their law office had changed addresses, and they were no longer at the address set forth in the subpoenas. Accordingly, I am enclosing herewith an original and two copies each of subpoenas addressed to Sherman Dunn, Lebertha Dunn and Eric Bollman, which have been amended to reflect the correct address at which the deposition will be held, that being 300 Delaware Avenue, Suite 1130, Wilmington, Delaware. Kindly file the originals of these subpoenas and return the extra copies to my office with the miscellaneous case number on them. I apologize for the inadvertence in this regard, and because of the November 29, 2005 deposition date, I am requesting that you kindly expedite the return of these subpoenas to our office. Because of the time constraints, I was wondering whether it would be possible to return the subpoenas to us

GARRITY, GRAHAM, FAVETTA & FLINN
Clerk
United States District Court
District of Delaware
November 10, 2005
Page 2

by Federal Express, and if so, our Federal Express number is: 1120-3130-8. I am also enclosing herewith three copies of an Amended Notice to Take Oral Depositions setting forth the correct address for the law firm at which the depositions will be held. If the new subpoenas cannot be returned by Federal Express, I would greatly appreciate your expediting the return of them so that we have them served in time.

    In speaking with Monica of your office, I was advised that this will be under the same miscellaneous case number as set forth above, and that there would be no additional fee. If there are any questions concerning same, please do not hesitate to contact me. Thank you very much for your courtesies in this regard.

Respectfully yours,

*Frank R. Cinquina*

FRANK R. CINQUINA

FRC:br
Enclosures

cc:    Michael Farrell, Esq.
        Nicholas E. Skiles, Esq.

M:\Data\CLI\450\177\37\letter to clerk (delaware) re - new subpoenas and not. to take oral deps. due to change of address plfs' attorneys.wpd