# GARRITY, GRAHAM, FAVETTA & FLINN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

Frank R. Cinquina, Esq.
*NJ Bar*
Principal

Phone Ext. 207
E-Mail: frc@garritygraham.com

ONE LACKAWANNA PLAZA, PO BOX 4205
MONTCLAIR, NJ 07042-8205
(973) 509-7500
FAX (973) 509-0414

New York Office

PMB 46015
140 BROADWAY
46TH FLOOR
NEW YORK, NY 10005
(212) 858-7716

November 15, 2005

VIA FEDERAL EXPRESS
Clerk
United States District Court
District of Delaware
844 King Street
Lock Box 18
Wilmington, Delaware 19801

Re: **Hanover Insurance Company v. Canal Insurance Company**
Miscellaneous Case No.: 05-230
Civil Docket No.:    No. 05-2301(JWB)
Our File No. :    450.17737/FXG

Dear Sir/Madam:

I have previously forwarded to you subpoenas and deposition notices in the above matter under Miscellaneous Case No. 05-230. I apologize profusely for my having to bother you again, but I was becoming concerned that, since the witnesses had to produce documents, and because of the Thanksgiving Holiday, I might not be giving them sufficient time to gather the documents and present themselves for depositions. Additionally, I have added one additional witness.

Accordingly, I am enclosing herewith an original and two copies each of subpoenas directed to Sherman Dunn, Lebertha Dunn, Eric Bollman and Midge Clark, together with three copies of a Notice to take Depositions of those witnesses on December 6, 2005 at the offices of Swartz Campbell, 300 Delaware Avenue, Suite 1130, Wilmington, Delaware 19801. I am requesting that you kindly file the originals and mark the other documents "filed" and place them in the enclosed return envelope which I have provided. You will note that in order to facilitate the service of the subpoenas, I have placed the address of the Swartz Campbell firm on it so that they may receive the subpoenas directly as they will be arranging for the service of same in Delaware. I note that you were kind enough to send the prior subpoenas back to me by Federal Express. It would be greatly appreciated if I could prevail upon you to send the filed

Clerk, United States District Court
District of Delaware
November 15, 2005
Page 2

copies of the new subpoenas and Notice to take Depositions to Swartz Campbell by Federal Express at the address stated above. You may utilize our firm's Federal Express No. of 1120-3130-8.

    If you have any questions in this regard, please do not hesitate to contact me. Thank you very much for your courtesies in this regard. Again, I wish to apologize for any inconvenience that I may have caused.

                              Respectfully yours,

                              FRANK R. CINQUINA

FRC:rls
Enclosures
cc: Michael Farrell, Esq.