GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
Telephone: 973-509-7500

**Attorneys for  Plaintiff,, Hanover Insurance Company**
**Our File No. 450.17737/FXG**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE - MISCELLANEOUS CASE NO. 05-230**

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 NOV 23  AM 10: 10

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY, | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE DISTRICT OF NEW |
| Plaintiff | : | JERSEY |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION NO. 05-1591 (JWB) |
| CANAL INSURANCE COMPANY | : | |
| | : | **SUBPOENA DUCES TECUM** |
| Defendant. | : | |

TO: **Jeffrey Good**

YOU ARE HEREBY COMMANDED to attend and give testimony at the offices of **Swartz Campbell, 300 Delaware Avenue, Suite 1130, Wilmington, Delaware**, on **December 6, 2005**, at **2:30 p.m.** on the part of plaintiff, Hanover Insurance Company, and that you have and bring with you and produce at the same time and place, the following:

1. All underwriting files, insurance applications, and all motor vehicle insurance policies issued to Christiana Motor Freight since Canal began writing insurance for said insured.

2. Any and all documents indicating the ownership, license plate numbers, VIN Numbers and other information concerning any vehicles insured under any Canal policy issued to Christiana Motor Freight between January 1, 2001 and January 1, 2004.

3. Any and all documents in any way relating to any vehicles

which were specifically named on Canal policy number
395905, including information concerning the ownership
of said vehicles, their VIN Numbers, license plate
numbers, as well as any title documents, registrations
or other documents relating to the ownership of said
vehicles.

4.    Any and all trip leases or other leases pursuant to
which Sherman Dunn was to operate vehicles on behalf
of Christiana Motor Freight, Inc.

5.    Any and all documents terminating any leases pursuant
to which Sherman Dunn was to operate vehicles on
behalf of Christiana Motor Freight, Inc., including,
but not limited to, any and all documents relating to
the lease and/or termination of the lease of a 1993
Freightliner      tractor      bearing      VIN      No.:
2FUYDXYB4PA416131.

6.    Any and all documents relating to the deletion of the
aforesaid 1993 Freightliner tractor bearing VIN No.:
2FUYDXYB4PA416131 from the Canal policy number 395905
effective November 1, 2003.

7.    Any and all correspondence between S.T. Good Insurance
and Canal Insurance Company concerning any policy of
motor vehicle insurance issued at any time by Canal
Insurance Company to Christiana Motor Freight, Inc.
and concerning any vehicles to be insured under said
policies.

8.    Any and all documents indicating which vehicles were
insured by Canal Insurance Company under its policy
395905 as of October 17, 2003.

9.    Any and all documents, including title certificates,
registrations, documents relating to VIN Numbers or
license plate numbers of the tractor and trailer which
were being used by Sherman Dunn on October 17, 2003
and which were at the premises of NCS Enterprises,
Millville, New Jersey, on October 17, 2003.

10.   Any and all correspondence between Canal Insurance
Company and S.T. Good Insurance in any way relating to
Christiana Motor Freight Inc., or any policies of
insurance issued by Canal Insurance Company to

2

Christiana Motor Freight Inc.

11. Any and all documents relating to the operation of Christiana Motor Freight Inc. as an I.C.C. carrier.

12. Any and all documents referring to the I.C.C. number and/or decals of Christiana Motor Freight Inc.

13. Any and all documents relating to the decals, signage or other information on the tractor being used by Sherman Dunn on October 7, 2003, as to specifically what information was contained on Mr. Dunn's tractor, including the name and address of Christiana Motor Freight Inc., its I.C.C. number or any other information concerning same.

14. Any and all documents in any way relating to the underwriting of Christiana Motor Freight Inc. by Canal Insurance Company at any time.

15. Any and all documents regarding the addition or deletion of any vehicles on any policy of automobile, trucks or other motor vehicle insurance issued by Canal Insurance Company to Christiana Motor Freight, Inc. between January 1, 2000 and January 1, 2004.

Failure to comply with this Subpoena will subject you to a penalty, damages in a Civil Suit and punishment for contempt of Court.

Dated: November 22, 2005


FRANK R. CINQUINA                    William T. Walsh, Clerk

Attorney for Plaintiff, Hanover Insurance Company

3

## PROOF OF SERVICE

On                          , 20    , I, the undersigned, being
over the age of 18, served the within Subpoena by delivering a
copy thereof to the person named therein, at
and by tendering to such person the attendance fee of $      and
mileage of $      as allowed by law.

I certify that the foregoing statements made by me are true.
I am aware that if any of the foregoing statements made by me
are willfully false, I am subject to punishment.


Dated:


Address for Service:        **Jeffrey Good**
                            S.T. Good Insurance
                            67 Christiana Road
                            New Castle, Delaware 19720

GARRITY, GRAHAM, FAVETTA & FLINN
A Professional Corporation
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
Telephone: 973-509-7500
Attorneys for  Plaintiff,, Hanover Insurance Company
Our File No. 450.17737/FXG
UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE - MISCELLANEOUS CASE NO. 05-230

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY, | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE STATE OF NEW JERSEY |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 05-1591 (JWB) |
| vs. | : | |
| | : | **NOTICE TO TAKE ORAL** |
| CANAL INSURANCE COMPANY | : | **DEPOSITION** |
| | : | |
| Defendant. | : | |

TO:  **Michael Farrell, Esq.**
     **Segal, McCambridge, Singer & Mahoney, Ltd.**
     **Princeton Metro Center**
     **5 Vaughn Drive, Suite 115**
     **Princeton, NJ 08540**

    **PLEASE TAKE NOTICE** that in accordance with the Rules of
Civil Practice and Procedure, testimony will be taken by
deposition upon oral examination before a person authorized by
the laws of the State of New Jersey to administer oaths on
**December 6, 2005**, at **2:30 p.m.** at the office of **Swartz Campbell,
300 Delaware Avenue, Suite 1130, Wilmington, Delaware**, with
respect to all matters relevant to the subject matter involved
in this action, at which time and place the testimony of the
following person(s)is to be taken:

                    **JEFFREY GOOD C/O S.T. GOOD INSURANCE**

    He is to produce at said time and place, the following:

    1.   All underwriting files, insurance applications,
         and all motor vehicle insurance policies issued
         to Christiana Motor Freight since Canal began

writing insurance for said insured.

2.    Any and all documents indicating the ownership,
      license plate numbers, VIN Numbers and other
      information concerning any vehicles insured under
      any Canal policy issued to Christiana Motor Freight
      between January 1, 2001 and January 1, 2004.

3.    Any and all documents in any way relating to any
      vehicles
      which were specifically named on Canal policy number
      395905, including information concerning the
      ownership of said vehicles, their VIN Numbers,
      license plate numbers, as well as any title
      documents, registrations or other documents relating
      to the ownership of said vehicles.

4.    Any and all trip leases or other leases pursuant to
      which Sherman Dunn was to operate vehicles on behalf
      of Christiana Motor Freight, Inc.

5.    Any and all documents terminating any leases
      pursuant to which Sherman Dunn was to operate
      vehicles on behalf of Christiana Motor Freight,
      Inc., including, but not limited to, any and all
      documents relating to the lease and/or termination
      of the lease of a 1993 Freightliner tractor bearing
      VIN No.: 2FUYDXYB4PA416131.

6.    Any and all documents relating to the deletion of
      the aforesaid 1993 Freightliner tractor bearing VIN
      No.: 2FUYDXYB4PA416131 from the Canal policy number
      395905 effective November 1, 2003.

7.    Any and all correspondence between S.T. Good
      Insurance and Canal Insurance Company concerning any
      policy of motor vehicle insurance issued at any time
      by Canal Insurance Company to Christiana Motor
      Freight, Inc. and concerning any vehicles to be
      insured under said policies.

8.    Any and all documents indicating which vehicles were
      insured by Canal Insurance Company under its policy
      395905 as of October 17, 2003.

9.    Any and all documents, including title certificates,

7

registrations, documents relating to VIN Numbers or license plate numbers of the tractor and trailer which were being used by Sherman Dunn on October 17, 2003 and which were at the premises of NCS Enterprises, Millville, New Jersey, on October 17, 2003.

10. Any and all correspondence between Canal Insurance Company and S.T. Good Insurance in any way relating to Christiana Motor Freight Inc., or any policies of insurance issued by Canal Insurance Company to Christiana Motor Freight Inc.

11. Any and all documents relating to the operation of Christiana Motor Freight Inc. as an I.C.C. carrier.

12. Any and all documents referring to the I.C.C. number and/or decals of Christiana Motor Freight Inc.

13. Any and all documents relating to the decals, signage or other information on the tractor being used by Sherman Dunn on October 7, 2003, as to specifically what information was contained on Mr. Dunn's tractor, including the name and address of Christiana Motor Freight Inc., its I.C.C. number or any other information concerning same.

14. Any and all documents in any way relating to the underwriting of Christiana Motor Freight Inc. by Canal Insurance Company at any time.

15. Any and all documents regarding the addition or deletion of any vehicles on any policy of automobile, trucks or other motor vehicle insurance issued by Canal Insurance Company to Christiana Motor Freight, Inc. between January 1, 2000 and January 1, 2004.

GARRITY GRAHAM FAVETTA & FLINN

By: _Frank R. Cinquina_
FRANK R. CINQUINA
Attorneys for Plaintiff

Dated: November 22, 2005

8