# GARRITY, GRAHAM, FAVETTA & FLINN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

Frank R. Cinquina, Esq.
*NJ Bar*
Principal

Phone Ext. 207
E-Mail: frc@garritygraham.com

ONE LACKAWANNA PLAZA, PO BOX 4205
MONTCLAIR, NJ  07042-8205
(973) 509-7500
FAX (973) 509-0414

New York Office

PMB 46015
140 BROADWAY
46TH FLOOR
NEW YORK, NY  10005
(212) 858-7716

November 22, 2005

VIA FEDERAL EXPRESS
Clerk
United States District Court
District of Delaware
844 King Street
Lock Box 18
Wilmington, Delaware  19801

Re:   Hanover Insurance Company v. Canal Insurance Company
      Miscellaneous Case No.: 05-230
      Civil Docket No.:    No. 05-2301(JWB)
      Our File No.  :      450.17737/FXG

Dear Sir/Madam:

Enclosed herewith please find an original and two copies of a subpoena <u>duces tecum</u> of Jeffrey Good and three copies of a Notice to Take Oral Depositions of Mr. Good.  I am requesting that you kindly file the originals and forward them directly, in the enclosed Federal Express envelope to Nicholas Skiles, Esq., at the firm of Swartz Campbell, 300 Delaware Avenue, Suite 1130, Wilmington, Delaware 19801 so that he may arrange to serve the subpoena.

I am also enclosing herewith a disk with the subpoena and Notice to Take Oral Depositions on it.

Very truly yours,

Frank R. Cinquina

FRANK R. CINQUINA

FRC:br
Enclosures

cc: Michael Farrell, Esq. (w/encls.)

M:\Data\CLI\450\177\37\Court Correspondence\ltr. to clerk (delaware) re - not. to take dep. and subpoena of Jeffrey Good 11-22-05.wpd