# GARRITY, GRAHAM, FAVETTA & FLINN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

Frank R. Cinquina, Esq.
*NJ Bar*
Principal

Phone Ext. 207
E-Mail: frc@garritygraham.com

ONE LACKAWANNA PLAZA, PO BOX 4205
MONTCLAIR, NJ  07042-8205
(973) 509-7500
FAX (973) 509-0414

New York Office

PMB 46015
140 BROADWAY
46TH FLOOR
NEW YORK, NY  10005
(212) 858-7716

December 19, 2005

<u>VIA FEDERAL EXPRESS</u>
Clerk
United States District Court
District of Delaware
844 King Street
Lock Box 18
Wilmington, Delaware  19801

Re:   Hanover Insurance Company v. Canal Insurance Company
      Miscellaneous Case No.: **05-230**
      Civil Docket No.:   No. 05-1591 (JWB)
      Our File No. :      450.17737/FXG

Dear Sir/Madam:

Enclosed herewith please find an original and two copies of two subpoenas <u>duces tecum</u> addressed, respectively, to Sherman Dunn and Lebertha Dunn, together with three copies of a Notice to Take Oral Depositions of Mr. and Mrs. Dunn.

The subpoenas and deposition notice are for a deposition to be held at the offices of Swartz Campbell, 300 Delaware Avenue, Suite 1130, Wilmington, Delaware, on January 6, 2006 at 11:00 a.m.

I am also enclosing herewith a disk with the subpoenas and Notice to Take Oral Depositions on it. Kindly file the original subpoenas and a copy of the Notice to Take Depositions, mark the extra copies "filed" and forward them directly to the office of Swartz Campbell in the enclosed Federal Express envelope provided, rather than returning them to my office. Thank you very much for your courtesies in this regard. If there are any questions regarding same, please feel free to contact me.

Very truly yours,

*Frank R. Cinquina*

FRANK R. CINQUINA

GARRITY, GRAHAM, FAVETTA & FLINN
Clerk
United States District Court
District of Delaware
December 19, 2005
Page 2

FRC:br
Enclosures

cc:   Ted Flowers, Esq. (w/encls.)